No. 88–1685.   NATIONAL LABOR RELATIONS BOARD *v.* CURTIN MATHESON SCIENTIFIC, INC.   C. A. 5th Cir.   Certiorari granted.

No. 87–2066.   W. S. KIRKPATRICK & CO., INC., ET AL. *v.* ENVIRONMENTAL TECTONICS CORP., INTERNATIONAL.   C. A. 3d Cir.   Certiorari granted limited to Question 1 presented by the petition.

No. 87–1911.   RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* GUILFORD TRANSPORTATION INDUSTRIES, INC., ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 87–1932.   PENNSYLVANIA ELECTRIC CO. *v.* GUNBY. C. A. 3d Cir.   Certiorari denied.

No. 88–597.   CITY OF GRETNA, LOUISIANA, ET AL. *v.* CITIZENS FOR A BETTER GRETNA ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–606.   CITY OF BAYTOWN, TEXAS, ET AL. *v.* CAMPOS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–664.   DIAMOND *v.* CHARLES ET AL.   C. A. 7th Cir. Certiorari denied.

No. 88–1114.   LEBMAN ET AL. *v.* AKTIEBOLAGET ELECTROLUX ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–1116.   ALTON & SOUTHERN LODGE NO. 306, BROTHERHOOD OF RAILWAY CARMEN OF THE UNITED STATES AND CANADA *v.* ALTON & SOUTHERN RAILWAY CO.   C. A. 8th Cir. Certiorari denied.

No. 88–1243.   COMPANY X *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 88–1432.   ESPARZA ET AL. *v.* VALDEZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF LABOR, ET AL.   C. A. 10th Cir. Certiorari denied.